IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00160-BNB

JOHN J. POWERS,

    Plaintiff,

v.

ELIZABETH HICKS, CPO,
TASHA DOBBS, CPO, and
KEITH BRADLEY, Homeless Shelter Operator,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 29 2010

GREGORY C. LANGHAM
CLERK

## ORDER ASSIGNING CASE

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, this case is being assigned to District Judge Robert E. Blackburn, pursuant to D.C.COLO.LCivR 40.1C.1., and to Magistrate Judge Boyd N. Boland. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be assigned to District Judge Robert E. Blackburn, pursuant to D.C.COLO.LCivR 40.1C.1., and to Magistrate Judge Boyd N. Boland.

DATED January 29, 2010, at Denver, Colorado.

                          BY THE COURT:

                          <u>s/ Boyd N. Boland</u>
                          United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-00160-BNB

John J. Powers
Prisoner No. 127861
Fort Lyon Corr. Facility
P.O. Box 1000
Fort Lyon, CO 81038

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 1/29/10

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk