**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-00160-REB-BNB

JOHN J. POWERS,

    Plaintiff,
v.

ELIZABETH HICKS, CPO,
TASHA DOBBS, CPO, and
KEITH BRADLEY, Homeless Shelter Operator,

    Defendants.

## ORDER ADOPTING RECOMMENDATION OF THE
## UNITED STATES MAGISTRATE JUDGE

**Blackburn, J.**

    This matter is matter before me on (1) defendant Keith Bradley's **Motion To Dismiss** [#11][1] filed February 26, 2010; (2) the plaintiff's **Motion Requesting a Temporary Restraining Order Per Rule 65** [#22] filed April 5, 2010; and (3) the **Recommendation of United States Magistrate Judge** [#27] filed May 3, 2010.  No objections to the recommendation have been filed and, therefore, I review it only for plain error.  *See **Morales-Fernandez v. Immigration & Naturalization Service***, 418 F.3d 1116, 1122 (10th Cir. 2005).[2]  Finding no error, much less plain error, in the magistrate judge's recommended disposition, I find and conclude that the recommendation should be approved and adopted.

---

    [1] "[#11]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

    [2] This standard pertains even though plaintiff is proceeding *pro* se.  **Morales-Fernandez**, 418 F.3d at 1122.

Since early April of this year, mail addressed to the plaintiff, John J. Powers, at his address of record routinely is returned as undeliverable because Powers no longer is at his address of record. On April 19, 2010, the magistrate judge issued an **Order To Show Cause** [#25] to Powers directing Powers to show cause, in writing, why this case should not be dismissed for failure to keep the court informed of his current address, in violation of D.C.COLO.LCivR 10.1M., and for failure to prosecute. Powers did not respond to the order to show cause. Powers' last filing in this case [#22] was received on April 5, 2010. This case must be dismissed based on Powers' failure to keep this court informed of his current address, in violation of D.C.COLO.LCivR 10.1M., and his failure to prosecute this action.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Recommendation of United States Magistrate Judge** [#27] filed May 3, 2010, is **APPROVED AND ADOPTED** as an order of this court;

2. That defendant Keith Bradley's **Motion To Dismiss** [#11] filed February 26, 2010, is **DENIED** as moot;

3. That the plaintiff's **Motion Requesting a Temporary Restraining Order Per Rule 65** [#22] filed April 5, 2010, is **DENIED** as moot;

4. That this case is **DISMISSED** based on the plaintiff's failure to comply with D.C.COLO.LCivR 10.1M., and under FED. R. CIV. P. 41(b), for failure to prosecute;

5. That **JUDGMENT SHALL ENTER** in favor of the defendants, Elizabeth Hicks, CPO, Tasha Dobbs, CPO, and Keith Bradley, Homeless Shelter Operator, against the plaintiff, John J. Powers; and

6. That the defendants are **AWARDED** their costs to be taxed by the Clerk of the Court pursuant to FED. R. CIV. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated August 24, 2010, at Denver, Colorado.

**BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge